# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 61 MM 2019

Respondent  :

v.  :

RAFAEL COLON,  :

Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2019, the "Motion for Appointment of Counsel" is DENIED.